1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ALIM S. URMANCHEEV,                   Case No. 1:19-cv-00791-DAD-JLT (PC)

12                    Plaintiff,           **ORDER DENYING PLAINTIFF'S
                                           MOTION FOR SERVICE OF SUMMONS
13          v.                             AND DIRECTING PLAINTIFF'S
                                           RESPONSE TO FINDINGS AND
14   HUNTER ANGLEA, et al.,                RECOMMENDATIONS**

15                    Defendants.          (Doc. 20)

16                                         **NOVEMBER 30, 2021, DEADLINE**

17

18          Plaintiff has filed a motion seeking to clarify his damages demand and for service of

19   summons on defendants. Plaintiff advises that, in his complaint, he seeks $120,000 in punitive

20   damages and $130,000 in compensatory damages. Additionally, Plaintiff requests service of

21   summons on defendants. This request is premature, and the Court **DENIES** Plaintiff's motion.

22   (Doc. 20.)

23          On November 16, 2021, this Court issued findings and recommendations to dismiss

24   Plaintiff's second amended complaint. The Court advised that Plaintiff may file written objections

25   within fourteen days after being served with the findings and objections. Because Plaintiff was

26   served with the findings and recommendations on November 16, 2021, Plaintiff's objections are

27   ///

28   ///

due on **November 30, 2021**. Failure to file objections will result in consideration of the findings and recommendations as unopposed.

IT IS SO ORDERED.

Dated:   **November 23, 2021**          **_/s/ Jennifer L. Thurston_**
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE